IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
NOV 18 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:14-CR-133 |
| | ) | |
| JIMMIE ALAN LANE, | ) | 18 U.S.C. § 2314 |
| | ) | Interstate Transportation of |
| Defendant | ) | Money Taken By Fraud |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1. The defendant, JIMMIE ALAN LANE, was a resident of Richmond, Virginia.

2. Metis/America Marketing, Inc. (Metis) was a Virginia Corporation in the business of advertising and marketing services. On or about November 2002, LANE became an employee of Metis. On or about September 2008, LANE became primarily responsible for the finances of the corporation, which were managed through the use of QuickBooks.

3. On or about September 28, 2009, in the Eastern District of Virginia and elsewhere, the defendant JIMMIE ALAN LANE, did unlawfully transport, transmit, and transfer, and cause to be transported, transmitted and transferred, in

1

interstate commerce, from the State of Virginia to the State of North Carolina, an item of fraudulently obtained property in the form of a $25,500 check from Lendmark Financial services written to Metis, knowing the same to have been converted and taken by fraud.

(In violation of Title 18, United States Code, Sections 2314 and 2(b).)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _David T. Maguire_
David T. Maguire
Assistant United States Attorney